UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIDE,

          Plaintiff,

- *against* -

CANGE,

          Defendant.

12cv4531 (KMK) (LMS)

<u>ORDER</u>

**Lisa Margaret Smith, U.S.M.J.**

      The Civil Rights Clinic at the Benjamin N. Cardozo School of Law is currently considering whether to represent plaintiff in a pro bono capacity in the instant matter. It will aid the Civil Rights Clinic in reaching a decision if it has access to all documents that defendants have thus far produced to plaintiff in the matter. Therefore, defendants' counsel is directed to produce copies of all documents thus far produced to plaintiff in discovery to Betsy Ginsberg, or some other suitable representative of the Civil Rights Clinic. Such production is to take place within fourteen days.

      Until the Civil Rights Clinic makes a decision as to whether it will represent plaintiff, its use of the documents is limited to facilitating deliberations over whether to represent plaintiff. Custody of the documents is to remain solely with the Civil Rights Clinic and its members. The Civil Rights Clinic and its members are not to show the documents to, or allow the documents to be viewed by, anyone who is not a member of the Civil Rights Clinic, absent further order of the Court.

      If the Civil Rights Clinic elects to represent plaintiff in this litigation, it may retain the documents and use them in any fashion available to plaintiff. If the Civil Rights Clinic decides

against representing plaintiff, it shall return all documents, as well as any copies (including digital copies) thereof, to Margaret Malloy in the Southern District's Pro Se Office.

Dated: August 13, 2014
      White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York