# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

## CIVIL RIGHTS CLINIC

**Betsy Ginsberg**
*Director*
*Assistant Clinical Professor of Law*

(212) 790-0470
Fax (212) 790-0256

September 17, 2014

BY ECF

The Honorable Lisa Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Pride v. Cange,* 12 CV 4531

Dear Judge Smith:

    The Civil Rights Clinic ("the Clinic") of the Benjamin N. Cardozo School of Law is submitting a Notice of Appearance as Limited Discovery Counsel. The Clinic is filing a Notice of Appearance form rather than a Notice of Limited Appearance Form at the recommendation of the Chief Counsel for Pro Se Litigation because filing the latter form would not allow The Clinic to receive notices via ECF. Should the Clinic not request the Court's permission to continue representation of Mr. Pride beyond the scope of Limited Discovery Counsel, a notice of completion will be filed with the Court.

                        Respectfully Submitted,

                        /s/
                        Betsy Ginsberg
                        Imran Dar, law student intern
                        Jacob Weis, law student intern
                        Benjamin N. Cardozo School of Law
                        Civil Rights Clinic
                        55 5th Avenue, 11th floor
                        New York, NY 10003