# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

**MEMO ENDORSED** CIVIL RIGHTS CLINIC

**Betsy Ginsberg**
*Director*
*Assistant Clinical Professor of Law*

(212) 790-0470
Fax  (212) 790-0256

December 8, 2014

<u>BY ECF</u>

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re:    *Pride v. Cange,* 12 CV 4531

Dear Judge Karas:

We represent Plaintiff in the above-listed matter and write to request that the Court so-order a schedule for briefing attorneys' fees that has been agreed upon by the parties. This is a prisoner civil rights action that has been resolved by a Rule 68 Offer of Judgment. The Court entered the Judgment on December 2, 2014. The Judgment provides that the Plaintiff will receive attorneys' fees and costs. The parties are currently attempting to negotiate a fee agreement in this case, but ask the Court to enter a briefing schedule pursuant to Fed. R. Civ. P. Fed. R. Civ. P. 54(d)(2)(B) so that it is in place in the event that the parties cannot reach agreement on fees.

The briefing schedule agreed-upon by the parties is as follows:  Plaintiff would file his brief on February 3, 2015.  Defendants would file their opposition on February 17, 2015 and Plaintiff's reply would be due on February 24.  This briefing schedule would allow the parties ample time to complete settlement negotiations, hopefully obviating the need to seek the Court's intervention on fees.  Furthermore, it would allow the Civil Rights Clinic students, whose Spring semester begins on January 21 to participate in the briefing process on their client's behalf.

*The briefing schedule related to attorneys' fees is approved. So ordered —*

Respectfully Submitted,

s/
Betsy Ginsberg
Imran Dar, Law Student Intern
Jacob Weis, Law Student Intern

*12/9/14*

Cc:    Theresa D'Andrea (By ECF)

JACOB BURNS INSTITUTE FOR ADVANCED LEGAL STUDIES

BROOKDALE CENTER · 55 FIFTH AVENUE · ROOM 1118 · NEW YORK, NY 10003-4391