USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDWARD PRIDE,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK and OFFICER CANGE,

                             Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT OF ATTORNEYS' FEES, EXPENSES, AND COSTS**

12 Civ. 4531 (KMK) (LMS)

        **WHEREAS,** plaintiff Edward Pride commenced this action by filing a complaint on or about June 8, 2012, alleging that defendants City of New York ("City") and Officer Cange violated his federal civil rights and state common law rights; and

        **WHEREAS,** defendant City of New York served a Rule 68 Offer of Judgment on October 20, 2014,

        **WHEREAS,** plaintiff accepted defendant City of New York's Rule 68 Offer of Judgment on November 12, 2014; and

        **WHEREAS,** all defendants deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of his rights to attorneys' fees, expenses, and costs to his counsel, Benjamin N. Cardozo Law School; and

        **WHEREAS,** counsel for defendants and counsel for plaintiff now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1. Plaintiff has assigned his rights to attorneys' fees, expenses, and costs to his attorneys, Benjamin N. Cardozo School of Law.

2. Defendant City of New York hereby agrees to pay plaintiff's counsel, Benjamin N. Cardozo School of Law, the total sum of Seventeen Thousand ($17,000.00) Dollars in full satisfaction of plaintiff's claims for attorneys' fees, expenses, and costs. In consideration for the payment of Seventeen Thousand ($17,000.00) Dollars, counsel for plaintiff agrees to release and discharge the defendants, City of New York and Officer Cange, their successors and assigns, and any present or former employees and agents of the City of New York, or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

3. Counsel for plaintiff hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of plaintiff or plaintiff's counsel at any time in the future.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5. This Stipulation and Order contains all the terms and conditions agreed upon by counsel for defendants and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
February 3, 2015

BENJAMIN N. CARDOZO SCHOOL OF LAW
*Attorney for Plaintiff*
55 Fifth Avenue
New York, New York 10003

By: _____
Betsy Ginsberg
*Director, Civil Rights Clinic*

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City and Cange*
100 Church Street
New York, New York 10007

By: _____
Theresa D'Andrea
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2015
White Plains, NY